BUFFALO GRAVEL CORPORATION et al., Appellants, *v.* GUY B. MOORE, as District Attorney of the County of Erie, Respondent.

*Crimes — equity will not enjoin prosecution of indictment charging violation of Anti-Trust Act.*

*Buffalo Gravel Corpn.* v. *Moore,* 201 App. Div. 242, affirmed. (Argued October 2, 1922; decided October 17, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 9, 1922, which reversed an order of Special Term overruling a demurrer to the complaint, sustained such demurrer and directed a dismissal of the complaint. The plaintiffs, who were engaged in the sand and gravel business in the city of Buffalo, were indicted by the grand jury of Erie county for violating the provisions of sections 340 and 341 of the General Business Law, chapter 25 of the Laws of 1909, chapter 20 of the Consolidated Laws, known as the Donnelly Anti-Trust Act. After such indictment they commenced an action in equity against the district attorney of Erie county to enjoin him from prosecuting them under said indictment, the complaint alleging that said statute is unconstitutional and void; that the plaintiffs have no adequate remedy at law, and that a prosecution under the indictment would work irreparable injury. The defendant demurred to the complaint on the grounds that the court has not jurisdiction of the subject of the action and that the complaint does not state facts sufficient to constitute a cause of action.

*Henry W. Killeen* for appellants.

*Guy B. Moore, District Attorney (Timothy N. Pfeiffer* of counsel), for respondent.

*P. C. J. De Angelis* and *Seward A. Miller* for Dairymen's League Cooperative Association, intervener.

Order affirmed, with costs, on the ground that upon the facts stated in the complaint equity will not enjoin prosecution of the indictment against plaintiffs. The consti-

tutional questions which have been discussed are not considered.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Absent: McLAUGHLIN, J.